UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| IN RE APPLICATION OF USA PURSUANT | ) | Case: 1-20-ML-00113 |
| TO 18 U.S.C. § 3512 FOR ORDER FOR | ) | |
| COMMISSIONER'S APPOINTMENT FOR A | ) | |
| MONEY LAUNDERING INVESTIGATION | ) | |
| | ) | |

*Reference:     DOJ Ref. # CRM-182-68513*

## ORDER

Upon application of the United States seeking an order, pursuant to 18 U.S.C. § 3512,

appointing Gary Ian Peng, Trial Attorney, Office of International Affairs, Criminal Division,

U.S. Department of Justice (or a substitute or successor subsequently designated by the Office of

International Affairs), as a commissioner to execute the above-captioned request from Poland

(the Request) to collect evidence for use in a criminal investigation, prosecution, or proceeding

in Poland, and any subsequent supplemental requests, and the Court having fully considered this

matter,

IT IS THEREFORE ORDERED, pursuant to the authority conferred by 18 U.S.C. §

3512, that Gary Ian Peng (or a substitute or successor designated by the Office of International

Affairs) is appointed as a commissioner of this Court (the commissioner) and is directed to

execute the Request and any subsequent, supplemental requests made by Poland in connection

with the above-captioned investigation and prosecution and to take such steps as are necessary to

collect the evidence requested in this or any subsequent, supplemental requests in connection

with the same criminal matter.  In doing so, the commissioner:

1.       may issue commissioner's subpoenas to be served at any place within the United

States on persons (natural and legal) ordering them or their representatives to appear and to

testify and/or produce evidence located within the United States;

2.       shall adopt procedures to collect the evidence requested consistent with its use in

the investigation, prosecution, or proceeding in Poland for which the Regional Prosecutor's

Office in Szczecin has requested assistance, which may be specified in the Request or

subsequent requests in this matter or provided by, or with the approval of, the National

Prosecutor's Office;

3.       may, in collecting the evidence requested, be assisted by persons whose presence

or participation is authorized by the commissioner, including, without limitation, individuals

employed by U.S. law enforcement agencies and/or representatives of Poland who, as authorized

or directed by the commissioner, may direct questions to any witness;

4.       may seek such further orders of this Court as may be necessary to execute this

Request, or subsequent requests in this matter, including orders to show cause why persons

served with commissioner's subpoenas who fail to appear and/or produce evidence should not be

held in contempt; and

5.       shall transmit the evidence collected to Poland.

Date: _____        _____
                          UNITED STATES MAGISTRATE JUDGE